# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARIE MCCLURE,<br><br>                               Plaintiff,<br>  vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                             Defendant. | CASE NO. 15cv1312-LAB (RBB)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |

      McClure filed a motion to proceed *in forma pauperis*. (Docket no. 2.) Judge Brooks issued a report and recommendation (the "R&R") on McClure's motion, recommending that it be granted. (Docket no. 6.)

      "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

/ / /

/ / /

1 | While there's no objection, the Court has nonetheless reviewed the R&R and agrees with its rationale and conclusions. The R&R is **ADOPTED**. McClure's motion to proceed *in forma pauperis* is **GRANTED**.

**IT IS SO ORDERED**.

DATED:  July 8, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge